# IN THE NORTHERN DISTRICT OF THE UNITED STATES COURT

# EASTERN DIVISION

| | |
|---|---|
| SANDER STAGMAN<br>   PLAINTIFF<br>VS<br>TIMOTHY C EVANS PERSONALLY…,<br>LISA MADIGAN ATTY. GENERAL<br>ALLEN P. WALKER EXREL..,<br>PERSONALLY..,BEVERLY BANK NOW<br>A WINTRUST BANK..,MICHAEL<br>JOHNSTON EXREL..,OFFICER OF<br>BEVERLY BANK AND TRUST..,AND<br>PERSONALLY, DENNIS McCELLAND<br>EXREL..,OFFICER OF BEVERLY BANK<br>AND TRUST..,AND PERSONALLY,<br>MICHAEL NOONON EXREL..,AND<br>PERSONALLY,WINTRUST COMMUNITY<br>BANK, DENNIS KNIPP AND<br>PERSONALLY WINTRUST COMMUNITY<br>BANK AND ANY UNKNOWN<br>   DEFENDENTS ETAL…,<br>       DEFENDANTS | ) CASE NO._____<br>)<br>) AMOUNT CLAIMED<br>) $22,250,000.00<br>)   PLUS COURT COSTS<br>)     ATTORNEY FEES<br>)   PUNITIVE DAMAGES<br>)<br>)     JURY DEMAND<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1:16-cv-06043
Judge Jorge L. Alonso
Magistrate Judge Michael T. Mason

**RECEIVED**

JUN 09 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

_____

FOR CLERKS USE

# COMPLAINT AT LAW

NOW COMES YOUR PLAINTIFF SANDER STAGMAN PRO SE ON HIS

CAUSE OF ACTION AND COMPLAINT AT LAW AGAINST

DEFENDANTS SEEKING JUDGMENT FOR RELIEF AWARD

OF BOTH COMPENSATORY AND PUNITIVE DAMAGES

AND IN SUPPORT THEREOF STATES AS FOLLOWS.

To wit:

# COUNT I

DEFENDANTS DID IN FACT COMMIT UPON PLAINTIFF JUNE 4, 2014 AND CONTINUES TO THIS DATE IN PERPETUAL TOTORIOUS INTENTIONAL INTERFERENCE WITH HIS PERSON, WHEREBY THEY WITH FORTHRIGHT MALICE UNLAWFULLY ENJOINED IN OVERT SCHEMATIC PRACTICE OF UNJUST ENRICHMENT WHEN THEY ENJOINED A COURT OF INCOMPETENT JURISDICTION BY FURTHERMORE DENYING HIM HIS RIGHTS TO DUE PROCESS AND EQUAL PROTECTION UNDER LAW WHEN THROUGH MALEVOLENT MEANS THEY CREATED THROUGH SCIENTER A CO-CONSPIRATORIAL... MODE OF OPERATION THAT DENYED HIM EQUAL BUT

2

SEPARATE ACCESS TO HIS REAL ESTATE, PERSONAL PROPERTY, CASH HELD BY DEFENDENTS AS FIDUCIARIES IN FACT WHEREBY AS A DIRECT RESULT AND PROXIMATE CAUSE HAS CAUSED HIM IRREPARABLE HARM FINANCIALLY AND PHYSICALLY, EMOTIONALLY, ETC, AND HAS PLACED SO MUCH DISTRESS THAT WITHOUT INTERUPTION AND JUSTICE FROM THIS COURT HE SHALL CONTINUE TO SUFFER IRREPARABLE HARM.

## **COUNT II**

THAT DEFENDANTS DID IN FACT COMMIT THE UNLAWFUL TOTORIOUS ACT OF "FROLIC AND DETOUR" AGAINST PLAINTIFF WHEN THEY INDIVIDUALLY AND COLLECTIVELY THROUGH FRAUD AND IN A SCHEMATIC MATTER TOOK POSSESION OF HIS PERSONAL PROPERTY NAMELY HIS ONLY VEHICLE AT A CLOSING OF "ALL" RELATED BUSINESS WITH DEFENDANTS BANK AND TRUST FOR THEIR UNJUST ENRICHMENT AND MALICIOUS FORETHOUGHT WHEREBY AS A DIRECT RESULT AND PROXIMATE CAUSE PLAINTIFF HAS SUFFERED IRREPARABLE PHYSICAL, EMOTIONAL, MENTAL AND

FINANCIAL DAMAGES THAT BY THROUGH SAID DISTRESS HAS IRREVOCABLLY CAUSED HIM ADDITIONAL ALIENATION OF BUSINESS AND FAMILY THAT WITHOUT JUDGMENT IN HIS FAVOR SHALL CONTINUE TO SUFFER IRREPARABLE HARM, MENTALLY AND FINANCIALLY.

## COUNT III

THAT DEFENDANTS DID KNOWINGLY, WILLFULLY AND WITH ABSOLUTE AND DIRECT FORETHOUGHT COMMITED UPON PLAINTIFF "ARTIFICE" WHEREBY THEY IN A SUB-CONVERT MANNER UNLAWFULLY CONVERTED OVER TO THEIR SCHEMATIC ENTERPRISE WITH PREDATORY INTENT IN MIND ASSETS UNDER THEIR DIRECT FIDUCIARY CONTROL THOSE OF PLAINTIFF [ETAL;] WITHOUT DUE PROCESS IN ACCORDANCE WITH LAW AS A DIRECT RESULT PLAINTIFF HAS BEEN PROXIMATED IRREPARABLE HARM FINACIALLY, PHYSICALLY AND EMOTIONALLY DISTRESSED, THAT HE HAS NOW DEBILITATING EFFECTS THAT WITHOUT JUDGMENT IN HIS FAVOR HE SHALL CONTINUE TO SUFFER IRREPARABLE HARM VERILY AND ACCORDINGLY.

# **COUNT IV**

THAT DEFENDANT DID WITH FORTHRIGHT MALICE COMMIT UPON PLAINTIFF IN A PRE-DETERMINED MANNER ABUSE OF POWER, AS ATTORNEYS AND FIDUCIARY OFFICE HOLDERS WHEN THEY UNLAWFULLY AND TOTORIOUSLY CREATE CONDITION PRECEDENT THAT WOULD ALIENATE HIM FROM HIS COUNCIL OF RECORD THROUGH AFORESAID "ARTIFICE" BY DEFERMETORILY WITHOUT CAUSE HIS PERSON SEVERAL SEPARATE OCCASIONS FROM HIS RELATIONAL RIGHT TO ACCESS WHAT IS STILL A RELATIONAL MANNER, THAT FORCED HIM TO IMPROPERLY BE FOREFEITED HIS RIGHT TO DUE PROCESS AND EQUAL ACCESS TO THE COURT WHEREFORE AS A DIRECT CONSEQUENCE/RESULT HE HAS AND CONTINUES TO SUFFER FINANCIAL, PHYSICAL, MENTAL AND EMOTIONAL DISTRESS THAT WITHOUT JUDGEMENT IN HIS FAVOR AND EQUAL ACCESS TO COURT HE SHALL CONTINUE TO SUFFER IRREPARABLE HARM ACCORDINGLY.

## COUNT V

THAT DEFENDANTS DID KNOWINGLY WILLFULLY WITH FORTHRIGHT MALICE COMMIT UPON PLAINTIFF TORTRIOUSLY TRESPASS DE BONIS ASPORTATIS, IN THAT THEY CONVERTED ALBEIT UNLAWFULLY WITHOUT GOOD CAUSE CERTAIN PROPERTY TOGETHER WITH ITS CHATTELS THROUGH SCIENTER AND ARTIFICE AND CONTINUES TO DENY HIM JUSTICE ACCESS TO THESE CERTAIN PROPERTIES, NAMELY REAL ESTATE HOLDING, CASH.., TRUST ACCESS ETC. IN A PREDATORY AND SCHEMATIC MANNER WHEREBY AS A DIRECT RESULT AND A PROXIMATE CAUSE HE HAS AND CONTINUES TO SUFFER PHYSICAL, MENTAL AND EMOTIONAL DISTRESS AND WITHOUT JUDGEMENT IN HIS FAVOR SHALL CONTINUE TO SUFFER FINANCIALLY AND IRREPARABLE ACCORDINGLY.

## COUNT VI

THAT DEFENDANTS DID IN FACT COMMIT UPON PLAINTIFF TORTORIOUS BREACH OF DUTY.., WHEREIN AS FIDUCIARIES OF A TRUST [NOTWITHSTANDING] OTHER FINANCIAL HOLDING] TO EMPOWER CO-CONSPIRATOR PERJURIOUSLY WITH GROSS

NEGLIGENCE, FORTHRIGHT MALICE AND PREDATORY INTENT IN MIND TOOK UNAUTHORIZED CONTROL OF HIS PROPERTY VIA SCIENTER AND ARTIFICE IN FALSE PLEADINGS AND TESTIMONY AS DEFENDANTS AND OFFICERS OF COURT ACCORDINGLY *{SEE IL. CASE # 13 CH 07339- COOK COUNTY BEVERLY BANK VS. WAYNE HUMER ETAL.} AND AS A DIRECT RESULT PLAINTIFF HAS SUFFERED AND CONTINUES TO SUFFER FINANCIAL, PHYSICAL, EMOTIONAL DISTRESS, AND WITHOUT JUDGEMENT IN HIS FAVOR HE SHALL SUFFER IRREVOCABLE AND IRREPARABLE HARM ACCORDINGLY.

## COUNT VII

THAT DEFENDANT HAVE COMMITTED UPON PLAINTIFF THE OFFENSE OF WRONGFUL CIVIL PROCEDINGS IN AND SO FAR AS THEY VIOLATED HIS FIRST ADMENDMENT RIGHTS RELATING TO THE HONEST SERVICES ACT AND MAIL FRAUD, WHEREIN AS A DIRECT RESULT AND PROXIMATE CAUSE ACTION HAS IN FACT CAUSE OF IRREPARABLE HARM INCLUDING BUT NOT LIMITED TO PHYSICAL, MENTAL, EMOTIONAL DISTRESS AND HARM ETC. ETC. ETC.

7

WHEREFORE PLAINTIFF NOW PRAYS

1) THAT JUDGMENT IN FAVOR OF PLAINTIFF AGAINST DEFENDANTS IS GRANTED.

2) THAT COMPENSATORY AND MONETARY DAMAGES IN THE AMOUNT OF TWENTY-TWO MILLION TWO HUNDRED FIFTY THOUSAND DOLLARS BE AWARDED PLAINIFF PLUS PUNITIVE DAMAGES, ATTORNEY FEES, COURT COSTS ETC.

3) THAT DEFENDENTS BE ORDERED TO TURN OVER ALL PROPERTY OF PLAINIFF INSTANTER AND LIKEWISE DURING PENDENCY OF THIS ACTION BE PROHIBITED FROM DISPOSING OF SAME.

4) THAT ANY AND ALL OTHER RELIEF THAT THIS COURT DEEMS FAIR, RESONABLE AND JUST.

_____6/8/16_____  
DATE

_____[signature]_____  
SANDER STAGMAN  
PLAINTIFF PRO SE

THIS INSTRUMENT
PREPARED BY:
SANDER STAGMAN PLAINTIFF PRO SE
10540 S. WESTERN AVE.
SUITE #205- CHICAGO IL. 60643 (773)239-4449

# CERTIFICATION

IN THE UNDERSIGNED DO HEREBY CERTIFY THAT ALL THE FOREGOING INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE EXCEPT AS TO THOSE MATTERS NOT KNOWN TO ME TO BE TRUE ACCORDING TO THE CODE OF CIVIL PROCEDURE ACCORDINGLY.

6/8/16
DATE

SANDER STAGMAN
PLAINTIFF PRO SE

THIS INSTRUMENT WAS PREPARED BY:
SANDER STAGMAN-PLAINTIFF PRO SE
10543 S.WESTERN AVE. –SUITE 203
CHICAGO IL. 60643
(773) 239-4449

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SANDERA STAGMAN
_____
Plaintiff(s)

CASE No. _____

vs.

JUDGE: _____

TIMOTHY EVANS et al
_____
Defendant(s)

## PROOF OF SERVICE

TO: Clerk of Court
219 S. Dearborn
Chgo Il. 60604

TO: Beverly Bank ~~Thomas~~/Dennis McElland SPS
10258 S. Western
Chgo Il. 60643

I, the undersigned (plaintiff/defendant), certify that on the 9 day of June, 2016, I served a copy of this COMPLAINT AT LAW to each person whom it is directed by way of U.S. Marshalls Office.

Signature _____
Name SANDERS STAGMAN PLAINTIFF PRO SE
Address 10540 S. Western STE #205
City/Zip Chgo Il. 60643
Telephone 773-239-4445

**WINTRUST WEALTH MANAGEMENT**
The Chicago Trust Company, N.A.
231 South LaSalle Street, 13th Floor
Chicago, Illinois 60604

PRESORTED

RETURN SERVICE REQUESTED

FIRST-CLASS MAIL AUTO
neopost 05/05/2016
US POSTAGE $000.39
ZIP 60191
041L12203481

SANDER P STAGMAN
10540 S. WESTERN
SUITE 205
CHICAGO IL 60643

024 DBFPSAB 60643

*[Handwritten, circled:]* I # Exhibit 3 (Federal) 12/10/17