1788-15

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| SANDER STAGMAN, ) | | |
| Plaintiff, ) | | |
| v. ) | No. 1:16-cv-06043 | |
| ) | | |
| Timothy C. Evan Personally . . ., Lisa Madigan ) | | |
| Atty. General Allen P. Walker .., Beverly Bank ) | Honorable Judge Jorge L. Alonso | |
| Now a Wintrust Bank…, Michael Johnston Exrel.., ) | | |
| Officer of Beverly Bank and Trust.., and Personally,) | | |
| Dennis McCelland Exrel.., Officer of Beverly Bank ) | | |
| and Trust.., and Personally, Michael Noonon ) | | |
| Exrel.., and Personally, Wintrust Community ) | | |
| Bank, Dennis Knipp and Personally Wintrust ) | | |
| Community Bank and Any Unknown ) | | |
| Defendants et al…, ) | | |
| Defendants. ) | | |

## MOTION FOR AN EXTENSION OF TIME TO ANSWER OR PLEAD

Defendant, James V. Noonan, erroneously named herein by Plaintiff as Michael Noonon, hereby moves this court for an extension of time in which to answer or otherwise plead. In support hereof, Defendant states as follows:

1. Plaintiff filed his Complaint on June 9, 2016. Plaintiff claims to have served Defendant on June 16, 2016 which, if correct, would make Defendant's answer due on July 7, 2016. (dkt #11).

2. Defendant denies that service was proper.

3. Defendant is in the process of gathering the documents in his possession that bear on the allegations made in the Complaint that will be to his defense. Defendant intends to reserve all objections including objections to subject matter jurisdiction and personal jurisdiction.

4. This motion is not made for the purpose of delay and Plaintiff will not be prejudiced by the requested extension.

1

WHEREFORE, Defendant, James V. Noonan, erroneously named herein by Plaintiff as Michael Noonon, respectfully asks this Court for an extension of time, up to and including August 8, 2016, in which to file his answer or otherwise plead.

/s/ James V. Noonan\_\_\_

James V. Noonan #6200366
Noonan & Lieberman, Ltd.
105 W. Adams, Suite 1800
Chicago, Illinois 60603
312-431-1455